O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6680 AHM (RZx) | Date | November 10, 2009 |
|---|---|---|---|
| Title | RICHARD WHITEHURST v. WALGREEN'S COMPANY STORE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On October 16, 2009, Defendants Walgreen Company, Ifey Nwagboso, and Samantha Bragg moved to dismiss Plaintiff's Complaint for failure to state a claim under Fed. R. Civ. P 12(b)(6). On November 9, 2009, Defendants filed a statement of non-opposition to Plaintiff's motion to file a First Amended Complaint ("FAC"). On November 9, 2009, Plaintiff filed his FAC, dropping his claims for violations of state law, leaving only the federal claims.

The Court **ORDERS Plaintiff** to file a statement not to exceed three pages **by November 20, 2009** indicating whether the claims remaining in the FAC are worded identically to the corresponding claims in the original Complaint.

The **hearing calendared for November 16, 2009** at 10:00 a.m. is **taken off-calendar.**

|  | : |
|---|---|
| Initials of Preparer | se |