O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6680 AHM (RZx) | Date | November 25, 2009 |
|---|---|---|---|
| Title | RICHARD WHITEHURST v. WALGREEN'S COMPANY STORE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On October 16, 2009, Defendants Walgreen Company, Ifey Nwagboso, and Samantha Bragg moved to dismiss Plaintiff's Complaint for failure to state a claim under Fed. R. Civ. P 12(b)(6). On November 9, 2009, Defendants filed a statement of non-opposition to Plaintiff's motion to file a First Amended Complaint ("FAC"). On November 9, 2009, Plaintiff filed his FAC, dropping his claims for violations of state law, leaving only the federal claims.

On November 10, 2009, the Court ordered Plaintiff to file a statement indicating whether the claims remaining in the FAC are worded identically to the corresponding claims in the original complaint. On November 18, 2009, Plaintiff filed his response indicating that the claims remaining in the FAC are not worded identically to the corresponding claims in the original complaint. Accordingly, the Court DENIES Defendants' motion to dismiss[1] the original complaint without prejudice and invites Defendants to file a renewed motion addressing the FAC directly.

                                                                                          :
                                                        Initials of Preparer        kb

---

[1] Docket No. 6.